This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**CLIFTON SKIDGEL,**

Plaintiff-Appellant,

v.                                                              **NO. 33,574**

**GREGG MARCANTEL,**

Defendant-Appellee,

**APPEAL FROM THE DISTRICT COURT OF UNION COUNTY**
**John M. Patersnoster, District Judge**

Clifton R. Skidgel
Clayton, NM

Pro Se Appellant

Simone, Roberts & Weiss, P.A.
Norman F. Weiss
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**FRY, Judge.**

{1}    Summary dismissal for lack of a final order was proposed for the reasons stated in the calendar notice.  No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.  **DISMISSED.**

{2}    **IT IS SO ORDERED.**

**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

**MICHAEL D. BUSTAMANTE, Judge**

**JONATHAN B. SUTIN, Judge**